### UNITED STATES of America, Plaintiff-Appellee

v.

### Rodney WYNN, Defendant-Appellant

No. 16-11036
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed July 27, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Rodney Wynn, Pro Se

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The attorney appointed to represent Rodney Wynn has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Wynn has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Wynn's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.